# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**NICHOLAS E. BARTYLLA,**            Civil No. 10-791 PJS/SRN

      **Petitioner,**

**v.**

                                                **ORDER**

**STATE OF MINNESOTA,**

      **Respondent.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 9, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 1, 2010.

                                                s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge